Gerald H. Jordan, a Minor, by Richard James Jordan, His Next Friend, Plaintiff-Appellee, v. Blanche D. Jordan, Administratrix of the Estate of Richard H. Jordan, Deceased, Defendant-Appellant.

Gen. No. 11,564. ▮▮▮▮▮▮▮▮▮

Second District, Second Division.

May 16, 1962.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ Puklin & Nelson, of Aurora, for appellant; O'Brien, Burnell, Puckett & Barnett, of Aurora, for appellee. Opinion by JUDGE CROW. Not to be published in full.